Thomas W. Gillen, Esq.
State Bar No: 152569
1800 N. Bush St., Suite 101
Santa Ana, CA 92706
Phone: (714) 542-9900
Fax: (714) 542-9922

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE REYES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KEN TRAN et al.,<br><br>　　　　Defendants | Case No.: 8:14-cv-01963-DOC-RNB<br><br>**JOINT STIPULATION FOR DISMISSAL** |

## JOINT STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees

**June 23, 2015**

For the Plaintiff:					For the Defendant:


　　/s/ Thomas W. Gillen, Esq.			　　/s/ Michael J. Chilleen, Esq.
　　　　Thomas W. Gillen					　　　Michael J. Chilleen

JOINT STIPULATION OF DISMISSAL

1

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties is hereby dismissed with prejudice.

Dated: June 29, 2015

*David O. Carter*
DAVID O. CARTER
CENTRAL DISTRICT JUDGE
UNITED STATES DISTRICT COURT

JOINT STIPULATION OF DISMISSAL

2